IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TRACEY DEMONT HUMPHRIES,       )
                               )
            Petitioner,        )
                               )
     v.                        )    1:05CV359
                               )    2:91CR153-2
UNITED STATES OF AMERICA,      )
                               )
            Respondent.        )

### J U D G M E N T

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that construed as a motion for modification of sentence under 18 U.S.C. § 3582(c)(2), this motion is denied.

**IT IS FURTHER ORDERED AND ADJUDGED** that construed as a section 2255 motion, this action is dismissed sua sponte for failure to obtain certification for this section 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d), and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

_____
United States District Judge

February 23, 2006