# TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| Notice of Filing<br>Cross Appeal<br>Interlocutory Appeal<br>Additional NOA<br>Amended NOA<br>**X** Transmittal of Record<br>Transmittal of Certif.<br>Supplement to ROA<br>Supplemental Certif.<br>Other: | UNITED STATES DISTRICT COURT<br>for the<br>MIDDLE DISTRICT OF NORTH CAROLINA<br>at<br>Greensboro<br><br>Caption: United States of America<br>v.<br>Tracey Demont<br>Humphries | District Court Number: 0418<br>2:91CR153-2<br>4CCA Number:<br>06-6420<br>Consolidated w/Number:<br><br>Case Manager:<br>Pamela K. Stump |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 03/09/06 | 4. Fees: USA (no fee reqrd)<br>$5 filing fee: paid unpaid<br>$250 docket fee: paid unpaid<br>Pauper status: granted **X** denied<br>pending in district ct<br>PLRA Notice Sent: Yes No<br>Does PLRA Apply? Yes No 3-strikes? Yes No<br>(If PLRA applies, 4CCA sends forms & acts on application) |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>James A. Beaty, Jr. | 5. Materials Under Seal in District Court: **X** Yes No<br>Party Names Under Seal in District Court: Yes **X** No |
| 6. Official Court Reporter(s):<br><br>Contract Court Reporter:<br><br>Coordinator:<br>Gloria Powell | 7. Transcript: In-Court Hearing Held: **X** Yes No<br><br>8. Criminal/Prisoner Cases:<br><br>recalcitrant witness   Defendant's Address:<br>on death row<br>in custody<br>on bond<br>on probation |

**Part II**        TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | | SUPPLEMENT TO RECORD (SUPPLEMENT # ) | |
|---|---|---|---|
| Pleadings: | Vol. 1 | Pleadings: | Vols. |
| Transcript: | Vols. 2-5 | Transcript: | Vols. |
| Exhibits: | Vols. | Exhibits: | Vols. |
| Depositions: | Vols. | Depositions: | Vols. |
| State Ct. Recd: | Vols. | State Ct. Recd: | Vols. |
| Sealed: | Vol. 6 | Sealed: | Vols. |
| Number of Packs: | 1 | Number of Boxes: | |

Signature of Clerk or Deputy: Trina Law        Phone: (336)332-6020        Date: 03/20/06

Ccs: USCA, USA, USPO, Humphries (Pro-Se), File