UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 2:91CR153-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MOTION FOR APPOINTMENT |
| v. | : | OF COUNSEL AND MOTION |
| | : | FOR 18 U.S.C. § 3582 |
| | : | RESENTENCING |
| TRACY DEMONT HUMPHRIES | : | |

I state that I am the Defendant in the above-entitled case and that I am asking the Court to reduce my sentence or provide other appropriate relief in my case pursuant to 18 U.S.C. § 3582(c)(2) because I believe my sentence was based in part or in whole upon the cocaine base guidelines effective prior to November 1, 2007. In addition to my above motion, I state that because of my poverty and due to my present circumstances, I am unable to afford counsel to assist me for purposes of resentencing and I request the Court to appoint an attorney to help me.

WHEREFORE, I respectfully request the Court to reduce my sentence or provide other appropriate relief and to appoint an attorney to assist me in my pursuit of this relief based upon the U.S. Sentencing Commission's retroactive application of the cocaine base guideline amendment.

This the 26 day of June, 2008.

_____
Defendant