PROB 12A
4/01

FILED
JUN 23 2010
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By

# UNITED STATES DISTRICT COURT
**for the**
**Middle District of North Carolina**

**Report of Offender Under Supervision**

Name of Offender: TRACY DEMONT HUMPHRIES    Case Number: CR-91-153-02-G

Name of Sentencing Judicial Officer: The Honorable Richard C. Erwin

Date of Original Sentence: April 8, 1992

Original Offense: Count One: Conspiracy to Possess With Intent to Distrtibute Cocaine Base (Crack) in violation of 21 U.S.C. §§ 846(a)(1) & (b)(1)(A).
Count Two: Possess Cocaine Hyrdochloride With Intent to Manufacture Cocaine in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) $ 18:2

Original Sentence: 240 months on each count concurrent followed by 5 years of supervised release on Count One and 3 years of supervised release on Count Two to run concurrent to Count One.

November 14, 2008: Modification for Residential Re-entry Center was filed.

March 19, 2009: Supervised Release Revoked. Sentenced to 15 months on each of Counts One and Two to run concurrent followed by 21 months of supervised release on each count concurrent.

January 13, 2010: Motion for a Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) was denied.

May 20, 2010: Modification for Electronic Monitoring was filed.

Type of Supervision: Supervised Release    Date Second Term of Supervision Commenced: March 24, 2010
Date Second Term of Supervision Expires: December 23, 2011

Assistant U.S. Attorney: Paul A. Weinman    Defense Attorney: Thomas H. Johnson

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **CONDITION VIOLATED** | **NATURE OF NONCOMPLIANCE** |
|---|---|
| The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. | Mr. Humphries tested positive for, or admitted use of, Cocaine on five occasions between March 24, 2010 and June 9, 2010. |

U. S. Probation Officer Action:

In the latest modification filed on May 20, 2010, the probation officer requested electronic monitoring as a sanction for four positive tests/admissions for use of cocaine. The probation officer recommended the security of electronic monitoring as a deterrent against further cocaine use. The electronic monitoring was scheduled to commence after Mr. Humphries was released from the inpatient treatment program at Addiction Recovery Care Association (ARCA), Winston-Salem, NC. Mr. Humphries completed a two-week treatment program at ARCA and was released on May 29, 2010.

On June 9, 2010, Mr. Humphries signed a written admission that he had relapsed and used cocaine, on June 7, 2010.

The probation officer is notifying the Court, through this document, of Mr. Humphries' fifth use of cocaine just after the Court approved the sanction (modification filed May 20, 2010) for electronic monitoring. The probation officer is now recommending that the Court allow the probation officer to proceed with the installation of the electronic monitoring despite this additional cocaine use. At this time, Mr. Humphries is also attending intensive outpatient substance abuse treatment twice per week, through random urine testing the probation officer can detect future cocaine use and will notify the Court should the need arise.

Respectfully submitted.

Elizabeth A. Eagle
Sr. U.S. Probation Officer

Approved by:

Dale R. Cauble
Supervisory U.S. Probation Officer

6.17.2010
Date

---

[X] The Court Adopts the Recommendation(s) of the Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

6-21-10
Date